RUTH VATAKIS, TRUSTEE, PLAINTIFF-RESPONDENT, v. ASBURY PARK NATIONAL BANK AND TRUST COMPANY, DEFENDANT-PETITIONER.

See same case below:  43 *N. J. Super.* 193.

*Messrs. Durand, Ivins & Carton* and *Mr. Donald J. Cunningham* for the petitioner.

*Mr. Amos E. Kraybill, Jr.,* and *Mr. Joseph F. Mattice* for the respondent.

March 4, 1957.  Denied.